■ In the Matter of SALVATORE BARATTO, Appellant, v MICHAEL J. CODD, et al., Respondents.—Judgment, Supreme Court, New York County, entered on September 15, 1975, unanimously affirmed for the reasons stated at Special Term, without costs and without disbursements. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Nunez, JJ.

■ In the Matter of ISAAC KAPLAN, an Attorney.—Respondent forthwith suspended from practice as an attorney and counselor at law in the State of New York indefinitely. Concur—Murphy, J. P., Lupiano, Birns, Silverman and Lane, JJ.

## (March 23, 1976)

■ In the Matter of NATHAN DAVIS, Petitioner, v BERNARD NADEL, Respondent.—Application of petitioner unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur—Markewich, J. P., Kupferman, Lupiano, Capozzoli and Nunez, JJ.